CADES SCHUTTE
A Limited Liability Law Partnership

KEITH Y. YAMADA        4044-0
MEGAN A. SUEHIRO     9582-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9202
E-Mail:  kyamada@cades.com
E-Mail:  msuehiro@cades.com

Attorneys for Plaintiff
TED'S WIRING SERVICE, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| TED'S WIRING SERVICE, LTD., | ) | CASE NO. CV14 00219 |
|---|---|---|
| | ) | (Miller Act) |
| Plaintiff, | ) | |
| | ) | **COMPLAINT; SUMMONS** |
| vs. | ) | |
| | ) | |
| HARTFORD FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COMPLAINT

TED'S WIRING SERVICE, LTD. ("TWS"), by and through its

attorneys, Cades Schutte LLP, hereby asserts the following Complaint against

Defendant HARTFORD FIRE INSURANCE COMPANY ("Hartford"):

# PARTIES

1. TWS is and was at all times relevant herein a corporation duly organized under the laws of the state of Hawai'i, with its principal place of business in Honolulu, Hawai'i.

2. Upon information and belief, Defendant Hartford is and was at all times relevant herein an insurance company incorporated in the state of Connecticut.

# JURISDICTION AND VENUE

3. This Court has federal question jurisdiction pursuant to 40 U.S.C. § 3133(b)(1).

4. Venue is proper pursuant to 40 U.S.C. § 3133(b)(3), as the contract was performed and executed in this judicial district.

# FACTS & CLAIM FOR RELIEF

5. Upon information and belief, Standard Sheetmetal & Mechanical Inc. dba Standard Construction Group ("Principal") entered into a construction contract (the "Construction Contract") with Kaneohe Marine Corps Base Hawai'i (the "Owner") to serve as the general contractor for the construction of the project called "Retrofit Sewer Pump Stations at Buildings 456, 1566, 1597 and 7013 at the Marine Corp Base Hawaii, Kaneohe Bay, Oahu, Hawaii" (the "Project").

6. Pursuant to the terms of the Construction Contract, Principal was required to obtain and did obtain a labor and material payment bond, Bond No. 70BCSGA2152, for the Project (the "Payment Bond").

7. Hartford is the surety that guaranteed payments to claimants such as TWS under the Payment Bond.

8. On October 14, 2011, TWS and Principal entered into a Subcontract Agreement for TWS' work on the Project (the "Subcontract").

9. Principal has failed and refused to fully pay TWS certain amounts due for the work performed by TWS in accordance with the terms and provisions of the Subcontract.

10. Principal provided the Payment Bond for the benefit of persons supplying labor and materials on the Project.

11. TWS furnished labor and materials to the Project and has not been paid sums due under the Subcontract.

12. TWS has provided written notice of its claim to Hartford and the claim period under the Payment Bond has not expired.

13. As a subcontractor that furnished labor and materials that were incorporated into the Project, TWS submitted a demand for payment of amounts due and owing under the Subcontract to Hartford.

14. Hartford and Principal have failed to tender payment to TWS for labor and materials provided by TWS for the Project in an amount to be proven at trial.

15. TWS is entitled to recover all amounts due and owing from Hartford under the Payment Bond in an amount to be proven at trial, plus interest, costs and fees, and all such additional remedies as the Court deems proper.

## **PRAYER FOR RELIEF**

WHEREFORE, TED'S WIRING SERVICE, LTD. prays that judgment be entered in its favor and against HARTFORD FIRE INSURANCE COMPANY as follows:

A. For compensatory, general, and special damages in amounts to be shown at trial;

B. For attorneys' fees and costs;

C. For prejudgment interest;

D. For all other relief as this Court may deem just and proper.

DATED:  Honolulu, Hawaiʻi, May 7, 2014.

        CADES SCHUTTE
        A Limited Liability Law Partnership


        /s/  Keith Y. Yamada
        KEITH Y. YAMADA
        MEGAN A. SUEHIRO
        Attorneys for Plaintiff
        TED'S WIRING SERVICE, LTD.

ImanageDB:2763311.1